IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-136-D

WHITNEY O'TOOLE, )
)
Plaintiff, )
)
v. ) **ORDER**
)
SCOTT SABATINO, individually and in his )
official capacity as the Director of Johnston )
County Social Services, et al., )
)
Defendants. )

For the reasons stated in defendants' memorandum of law in support of their motion to dismiss [D.E. 12], defendants are entitled to qualified immunity concerning the due process claims against them in their individual capacities. See id. at 6–15. Moreover, plaintiff's civil conspiracy claim fails due to the intracorporate conspiracy doctrine. See id. at 15–17. Plaintiff's failure to implement appropriate policies, customs, and practices claim fails under Monell v. Department of Social Services of New York, 436 U.S. 658, 691 (1978), and its progeny. See [D.E. 12] 17–20. Finally, plaintiff's First Amendment claim fails for the same reasons that her due process claims fail. See id. at 20. Accordingly, the court GRANTS defendants' motion to dismiss [D.E. 11] and DISMISSES plaintiff's complaint WITH PREJUDICE.

SO ORDERED. This 15 day of June 2021.

JAMES C. DEVER III
United States District Judge