UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WHITNEY O'TOOLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT SABATINO, LAURABETH )<br>BLALOCK, MELISSA WILLIAMS, and )<br>AMBER BELL, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:21-CV-136-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 11] and DISMISSES plaintiff's complaint WITH PREJUDICE.

**This Judgment Filed and Entered on June 15, 2021, and Copies To:**

| | |
|---|---|
| Walter A. Schmidlin, III | (via CM/ECF electronic notification) |
| Dan McCord Hartzog, Jr. | (via CM/ECF electronic notification) |

DATE:  
June 15, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
　　　　Deputy Clerk